# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

MARY OWENS, Personal Representative of the Estate of Stephen Stiles, Deceased

v.

Kent County, et al

Case No. 1:13-cv-00478-JTN
Hon. Janet T. Neff

TO: Deputy Jeff Sullivan
ADDRESS: Kent County Correctional Facility
701 Ball Avenue, NE
Grand Rapids, MI 49503
(616) 632-6300

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
ROBERT M. GIROUX (P-47966)
19390 W. Ten Mile Road
Southfield, MI 48075
(248) 355-5555

TRACEY CORDES, CLERK OF COURT



By: Deputy Clerk

May 7, 2013
Date

---

## PROOF OF SERVICE

This summons for _____Deputy Jeff Sullivan_____ was received by me on _____
(name of individual and title, if any)                                           (date)

☐ I personally served the summons on the individual at _____
                                                                    (place where served)
on _____.
   (date)

I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                (date)

I returned the summons unexecuted because _____.

Other (specify): _Certified Mail - Return Receipt Attached_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _6/27/2013_

_Stephanie S. Stranovich_
Server's signature

_Stephanie S. Stranovich, Legal Asst._
Server's printed name and title

_19390 W. Ten Mile Rd., Southfield, MI 48075_
Server's address

Additional information regarding attempted service, etc.:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: 5/22/2013

Sent To: Deputy Jeff Sullivan
Street, Apt. No.; or PO Box No.: 701 Ball Ave NE
City, State, ZIP+4: Grand Rapids, MI 49503

7008 1830 0004 7255 8574

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deputy Jeff Sullivan
701 Ball Ave NE
Grand Rapids, MI
49503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] — ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Carlson
C. Date of Delivery: 5/28/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

703

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 1830 0004 7255 8574

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540