**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
| --- | --- | --- | --- |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

July 12, 2013

Jason R. Baker
89 Ionia Ave., NW, Ste. 300
Grand Rapids, MI 49503

      RE:    Owens v. Kent County, et al
             Case No. 1:13-cv-478  Hon. Janet T. Neff

Dear Mr. Baker:

In reviewing the roll of attorneys admitted to practice in the U.S. District Court for the Western District of Michigan, we are not able to locate your name.  The following are requisites for an attorney to become a member of the bar of this district:

    1.    Petition for Admission (see attached); including completion of sponsorship section by an attorney who is admitted to practice in the Western District of Michigan;

    2.    $200.00 fee payable to the United States District Court Clerk.

Upon receipt of the above, your application will be submitted to the Chief Judge, or his designee, for review.  If the application is granted, your name will be added to the list of attorneys admitted to practice in this district, and you will receive a certificate of admission.  While a petition for admission will be accepted for filing in any office, the papers are forwarded to our Grand Rapids office for processing upon receipt.  To expedite the process, petitions may be sent directly to Grand Rapids.

Please be certain that you comply with all of the attorney admission requirements.  Failure to comply with all of the requirements will delay the processing of your petition.  Original signatures are required on all submitted paperwork (copies will not be accepted).

Prior to seeking admission, you must familiarize yourself with the Local Rules which are available on the Court's web site (www.miwd.uscourts.gov) by clicking on "Rules & Opinions."  **Pursuant to Western District of Michigan Local Civil Rule 5.7 and Local Criminal Rule 49.10, effective January 1, 2005, attorneys must register to file and serve pleadings electronically by the ECF system.**  An E-Filing Registration form is attached.

If you have any questions, please contact (616) 456-2381.

                            Sincerely,

                            Tracey Cordes, Clerk

                            Paula J. Woods

                            By:  Deputy Clerk

6/12

# PETITION FOR ADMISSION
(Local Civil Rule 83.1/Criminal Rule 57.1)

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

1. Name: _____
   FIRST / MIDDLE / LAST

2. Firm Name: _____

   Business Address: _____
   ROOM / SUITE / FLOOR / BUILDING

   _____
   STREET ADDRESS

   _____
   CITY / STATE / ZIP

   Business Telephone Number: _____

3. Identify all states (including the District of Columbia) in which you have been admitted to practice before the state's highest court, the date of admission, and whether you are in active status and good standing in that jurisdiction. If you are not in active status and good standing, explain on an attached sheet.

   | Jurisdiction | Date | Active Status & Good Standing? | Bar Number |
   |---|---|---|---|
   | 1. _____ | _____ | _____ | _____ |
   | 2. _____ | _____ | _____ | _____ |
   | 3. _____ | _____ | _____ | _____ |
   | 4. _____ | _____ | _____ | _____ |
   | 5. _____ | _____ | _____ | _____ |
   | 6. _____ | _____ | _____ | _____ |

4. Identify all federal courts (Supreme Court, Circuit Courts, District Courts, specialty courts) in which you have been admitted to practice, the date of admission, and status. If you are not in active status and good standing, explain on an attached sheet.

| | Court | Date | Active Status & Good Standing? | Bar Number |
|---|---|---|---|---|
| 1. | _____ | _____ | _____ | _____ |
| 2. | _____ | _____ | _____ | _____ |
| 3. | _____ | _____ | _____ | _____ |
| 4. | _____ | _____ | _____ | _____ |
| 5. | _____ | _____ | _____ | _____ |
| 6. | _____ | _____ | _____ | _____ |

5. Have you ever been held in contempt of court, censured, disbarred or suspended from practice before any disciplinary authority or court? _____

If so, nature and disposition thereof: _____

_____

_____

_____

6. Have you ever been convicted of any felony or misdemeanor? (*You need not report a misdemeanor conviction occurring before commencement of law school*.) If so, explain the facts and circumstances:

_____

_____

_____

7. ☐ I am newly admitted to the State Bar of _____ and request a waiver of the sponsorship requirement. [One year or less from time of application.] No other waivers will be granted except in extraordinary circumstances.

8. ☐ Check payable to U.S. District Court Clerk for $200.00 is attached.

9. ☐ I have read the Local Rules of the Western District of Michigan (www.miwd.uscourts.gov).

10. ☐ This application is continued on an attached page.

I swear (or affirm) that the above information is accurate and correct to the best of my knowledge and belief.

_____  _____
DATED                    SIGNATURE OF APPLICANT

**Statement of a sponsoring attorney of the Bar of this court**, stating when the sponsoring attorney was admitted to practice in this court, under what circumstances the attorney has known the applicant, that the attorney knows the applicant to be of good character and reputation, and that the attorney believes the applicant to be well qualified as a member of the Bar of this court. For applicants residing in another state, the sponsor may be a judge of a court of record of that state, or a federal judge.

_____

_____

_____

_____

_____

_____

_____  _____
SPONSORING ATTORNEY'S NAME   SIGNATURE OF SPONSORING ATTORNEY OR JUDGE

_____  _____
DATED                    STATE BAR I.D. NO.

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

# E-FILING REGISTRATION FORM

**\*\*Please type; this will
also serve as a return mailing label\*\***

Name:_____

Firm:_____

Addr.:_____
    _____
    _____
    Phone: _____

_ _

State Bar Number: _____
                (and state, if not Michigan)

Date of admission to the Bar of this court: _____

**\*\*NOTE:  A PACER ACCOUNT IS NECESSARY
FOR VIEWING ELECTRONIC DOCUMENTS\*\***

**This form cannot be submitted electronically.**
Complete the form on-line, print a hard copy, sign it and present it to the Clerk's office at the address below.  A login and password for access to the electronic case filing system will be issued to you upon receipt of the fully-completed form.  **All of this information is <u>required</u> and <u>must be supplied</u>, including your <u>original signature</u>.**

Primary e-mail address: _____
                (Attorney's e-mail for electronic service)

Secondary e-mail address:_____
                (Central repository, Secretary, etc.)

E-mail software used: _____
                (i.e., Outlook, Groupwise, etc.)

❏ I have an existing PACER account.
❏ My firm has an existing PACER account.

❏ I already have an ECF login that I use in _____, which is_____;
                                    (Name of Other District)                      (Login)
please assign the same login for my use in the Western District of Michigan.

---

The information contained in this box will be used for security/confirmation purposes related to your e-filing login/password:

Key word/phrase: _____     Reminder: _____

---

**BY COMPLETING THIS FORM, ATTORNEYS CERTIFY THAT THEY ARE MEMBERS IN GOOD STANDING OF THE BAR OF THIS COURT AND THAT THEY ARE FAMILIAR WITH W.D. Mich. LCivR 5.7 and LCrR 49.10, AS APPLICABLE TO THEIR PRACTICE, WHICH MAY BE FOUND AT:**

**www.miwd.uscourts.gov**

**By registering under this rule, attorneys consent to electronic service of all electronically filed documents.  See W.D. Mich. LCivR 5.7(i)(ii) and LCrR 49.10(h)(ii).**

Attorney's Signature: _____

Return this form *via hand delivery, FedEx or U.S. mail only*  to:

    **Clerk, U.S. District Court
    E-Filing Registration
    399 Federal Building
    110 Michigan St., N.W.
    Grand Rapids, MI  49503**

YOUR E-FILING LOGIN AND PASSWORD
WILL BE SENT TO YOU VIA U.S. MAIL

---

COURT USE ONLY:

E-Filing Login Assigned:  _____

E-Filing Password Assigned: _____

☐ Confirmation e-mail sent      ☐ E-mail confirmed by attorney
☐ Attorney's record updated     ☐ UR registered e-mail sent
☐ Copy of form mailed to attorney